So Ordered.

Signed this 11 day of September, 2020.

_____

Diane Davis

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In Re:

**ANDREW R. KRAPF**
**CLAUDIA A. MILANO KRAPF,**

Chapter 13
Case No. 20-60265

Debtors.

-----------------------------------------------------------

## ORDER SEVERING CASE

The Debtors having filed a Motion to Sever the above-captioned case so as to allow Claudia A. Milano Krapt to convert her case to Chapter 7, and the Motion having been heard before the Court on September 1, 2020, and there being no opposition thereto, it is

**ORDERED** that the Debtor's Motion is granted; and it is further

**ORDERED** that the above-captioned case is hereby severed; and it is further

**ORDERED** that upon entry of this Order and upon Claudia A. Milano Krapf paying the $335.00 filing fee for a new case, the Clerk of the Court shall open a new Chapter 7 case for Claudia A. Milano Krapf and assign said case a new case number

###